IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case Number 4:20CR182 |
| § | Judge Jordan |
| LUIS EDWIN SALAZAR HERNANDEZ § | |
| a.k.a. Arvey § | |

## FACTUAL BASIS

The Defendant, Luis Edwin Salazar Hernandez, with the full approval and concurrence of his attorney, Michelle Allen-McCoy, hereby stipulates and agrees that at all times relevant to the Indictment the following facts were true and the admissions herein may be used by the Court in support of Defendant's guilty plea to Count One of the Indictment alleging a violation of 21 U.S.C. § 963 (conspiracy to manufacture and distribute cocaine, intending, knowing, and having reasonable cause to believe the cocaine would be unlawfully imported into the United States). The Defendant knowingly and voluntarily affirms his guilt and agrees that had this matter proceeded to trial, the Government, through the testimony of witnesses and other admissible evidence, would have proven every essential element of the offense alleged in Count One of the Indictment beyond a reasonable doubt, specifically including the following facts that the Defendant acknowledges are true.

1. Luis Edwin Salazar Hernandez (hereinafter "Defendant") is the same person charged in the Indictment and is knowingly and voluntarily entering a guilty plea to Count One of the Indictment.

2. The events described in the Indictment occurred within the extraterritorial jurisdiction of the United States, and Defendant knowingly and voluntarily consents to venue in the Eastern District of Texas.

3. Beginning in or about January 2016 and continuing thereafter through in or about 2018, Defendant knowingly and intentionally conspired, combined, and agreed with others (hereinafter the "Co-Conspirators") to manufacture and distribute cocaine, intending, knowing, and having reasonable cause to believe that the cocaine would be unlawfully imported into the United States.

4. Defendant knew the unlawful purpose of that agreement.

5. Defendant joined in that agreement with the intent to further its unlawful purpose.

6. The overall scope of the conspiracy involved more than 450 kilograms of cocaine.

7. Defendant knew the scope of the conspiracy involved more than 450 kilograms of cocaine during his membership in the conspiracy, which quantity of cocaine was both reasonably foreseeable to Defendant and part of activity jointly undertaken with the Co-Conspirators.

8. Defendant's role in the conspiracy included participating in a cocaine distribution network that operated along the border of Colombia and Ecuador. He arranged and coordinated the smuggling of large quantities of cocaine concealed within hidden compartments in cargo trucks and other vehicles. He hired drivers to then transport the cocaine to associates located along the Pacific Coast of Ecuador. Upon delivery, those other associates then transported the cocaine by sea on board various maritime vessels to locations in Latin America en route to the United States. Defendant knew or had reasonable cause to believe that much of the cocaine he delivered would be ultimately imported into the United States by others. He participated in many of these cocaine smuggling events throughout the period of time noted in paragraph 3 above, and some of the loads were interdicted and seized by various law enforcement authorities. For example, during 2017 Defendant coordinated the smuggling of more than 2,500 kilograms of cocaine from Colombia to Ecuador that were seized. Some of the cocaine was seized on land in

Ecuador where Defendant had the cocaine delivered, whereas other loads were subsequently seized at sea on board go-fast vessels dispatched by other associates.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Indictment, and/or had them read and explained to me in Spanish and discussed them in detail with my attorney, Michelle Allen-McCoy. I fully understand the content of these documents, agree without reservation that this Factual Basis accurately describes the events and my acts, and sign this document knowingly and voluntarily.

Dated: 07-18-24

Luis Edwin Salazar Hernandez
Defendant

### DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I am counsel for Luis Edwin Salazar Hernandez. I have read this Factual Basis and the Indictment, thoroughly reviewed them with Defendant, and ensured their provisions were translated into Spanish for Defendant's benefit. Based upon my discussions with Defendant, I am satisfied that Defendant understands both documents and is knowingly and voluntarily pleading guilty and agreeing to the above stipulated facts in support of his guilty plea.

Dated: 7/18/2024

Michelle Allen-McCoy
Attorney for Defendant